NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                          )
                                           )
        Appellant,                 )
                                           )
v.                                         )          Case No. 2D17-2087
                                           )
ALLEN JAMES WADDELL,                       )
                                           )
        Appellee.                  )
_____)

Opinion filed August 21, 2019.

Appeal from the Circuit Court for
Hillsborough County; Samantha Ward,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellant.

Howard L. Dimmig, II, Public Defender, and
Steven L. Bolotin, Assistant Public Defender,
Bartow, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J, and KELLY and BLACK, JJ., Concur.